```
                                                              FILED
                                                          November 29, 2010
         UNITED STATES DISTRICT COURT FOR THE           CLERK, US DISTRICT COURT
                                                         EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                  CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                                       )       Case No. CR.S-10-0299-EJG
         Plaintiff,           )
v.                                        )
                                       )       ORDER FOR RELEASE OF
CHARLES DAVIES,             )       PERSON IN CUSTODY
         Defendant.          )
                                       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CHARLES DAVIES, Case No. CR.S-10-0299-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      ___    Release on Personal Recognizance

      _X_    Bail Posted in the Sum of: $145,000.00

           _X_    Unsecured Appearance Bond/Agreement to Forfeit Property (Interim)

           _X_    Secured Appearance Bond

           _X_    (Other) Conditions as stated on the record.

           _X_    (Other) Secured bond paperwork to be filed by 12/06/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

     Issued at  Sacramento, CA  on  11-29-10  at  3:00 pm.

                                                           By  _____
                                                                   Edmund F. Brennan
                                                                   United States Magistrate Judge