Thomas A. Johnson, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Charles Davies

**FILED**

MAY 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>CHARLES DAVIES, et al,<br>　　　　Defendants. | Case No.: 2:10-cr-00299-EJG<br><br>Declaration and Withdrawal of Request for Detention Hearing. **AND ORDER**<br><br>Date:  May 18, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

I, Thomas A. Johnson declare the following:

1. I am an attorney licensed to practice law in the State of California and I represent Charles Davies in the above-captioned case.

2. The following declaration is in support of a request to drop the detention hearing from calendar that is scheduled for May 18, 2012 at 10:00 a.m. in front of the Honorable Edward J. Garcia.

3. Mr. Davies wrote the court and indicated that he had concerns about his healthcare at Sacramento County Jail. Subsequent to that my office filed a motion for reconsideration of his detention status. Subsequent to that the

- 1 -

matter was calendared and the court made inquiries into the care that he was receiving.

4. I then received records regarding his medical treatment at Sacramento County Jail and faxed them to his personal physician, Dr. Martinez, in Redding. I then asked him to review the records from the jail and to call or write if he felt that Mr. Davies was not receiving the proper medical care. Dr. Martinez told me that if properly monitored Mr. Davies should be fine.

5. I have called his office three times to try to determine if Mr. Davies' care is insufficient, but Dr. Martinez has not called me back. He understood that if he felt Mr. Davies had not been receiving the appropriate care then Dr. Martinez would call me.

6. I have also spoken with the U.S. Marshalls office. They have communicated with the Sacramento County Jail and they believe that Mr. Davies is receiving the appropriate care.

7. At this point we cannot point to any specific deficiency in Mr. Davies' treatment that would warrant a detention hearing on the matter and we ask that it be dropped from calendar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2012

Respectfully Submitted,

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant Charles Davies

IT IS SO ORDERED

[signature]

5/18/12

- 2 -