

THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Charles Davies

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al<br>Plaintiffs,<br><br>v.<br><br>CHARLES DAVIES, et al,<br>Defendants. | Case No.: 2:10-cr-00299-EJG<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING<br><br>Date:   September 14, 2012<br>Time:   10:00 a.m.<br>Judge:  Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Bail Review Hearing (Detention Hearing) scheduled for September 14, 2012 at 10:00 a.m. is to be continued to October 5, 2012 at 10:00 a.m. in the same courtroom. Daniel McConkie, Assistant United States Attorney, and Thomas A. Johnson, attorney for Charles Davies, both agree and stipulate to the continuance. This matter was placed on September 14, 2012 on the Court's own motion. The continuance is requested because Mr. Johnson has a scheduled out of county court appearance that cannot be moved to another date. In the interim, defense counsel will continue to monitor the health status of Mr. Davies. Mr. Davies entered a guilty plea on Count 1 of the Second Superseding Indictment on March 23, 2012. Mr. Davies' Judgment and Sentencing is scheduled for February 15, 2013.

**IT IS SO STIPULATED.**

1

|   |   |
|---|---|
| DATE: September 5, 2012 | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Defendant<br>CHARLES DAVIES |
| DATE: September 5, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| By: | /s/Thomas A. Johnson for<br>DANIEL MCCONKIE<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: September 10, 2012

_____
HON. EDWARD J. GARCIA
U.S. District Court Judge