1  THOMAS A. JOHNSON, #119203
2  400 Capital Mall, Suite 1620
   Sacramento, California  95814
3  Telephone: (916) 422-4022
4  Attorney for Defendant, Charles Davies

5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:10-cr-00299-04 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER FOR |
| | ) CONTINUANCE OF STATUS |
| vs. | ) CONFERENCE REGARDING |
| | ) JUDGMENT AND SENTENCING |
| | ) |
| CHARLES DAVIES, | ) Date:  6/17/13 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge: Hon. William B. Shubb. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference regarding the Judgment and Sentencing scheduled for March 25, 2013, at 9:30 a.m. is continued to June 17, 2013, at 9:30 a.m. in the same courtroom. Daniel McConkie, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: February 13, 2013          By:   /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        CHARLES DAVIES

1

DATED:  February 13, 2013

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Thomas A. Johnson for
DANIEL MCCONKIE
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:   February 14, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2