THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Charles Davies

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-cr-00299-WBS |
| Plaintiff, ) | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGMENT AND SENTENCING |
| vs. ) | |
| BERNARDO LAREDO, et al., ) Defendants. ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference regarding the Judgment and Sentencing scheduled for June 17, 2013, at 9:30 a.m. is continued to November 25, 2013, at 9:30 a.m. in the same courtroom. Daniel McConkie, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 13, 2013        By:        /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        CHARLES DAVIES

1

DATED:  June 13, 2013                     BENJAMIN B. WAGNER
                                                                 United States Attorney

                                                    By:   /s/ Thomas A. Johnson for
                                                                DANIEL MCCONKIE
                                                                Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  June 17, 2013

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2