THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Charles Davies

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>CHARLES DAVIES,<br><br>              Defendant. | Case No 2:10-cr-00299-04 WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 25, 2013, at 9:30 a.m. is continued to January 6, 2014, at 9:30 a.m. in the same courtroom.  The continuance is requested because the parties are prepared to move forward on the sentencing and Probation has not yet prepared the Pre-Sentence Report (PSR).  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  October 28, 2013                By:     /s/ Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Defendant
                                                CHARLES DAVIES

DATED:  October 28, 2013                        BENJAMIN B. WAGNER
                                                United States Attorney

                                        By:     /s/ Thomas A. Johnson for
                                                JUSTIN LEE
                                                Assistant United States Attorney

- 1 -

- 2 -

1  **IT IS SO ORDERED.**
2
3  Dated:  October 29, 2013
4
    _____
    WILLIAM B. SHUBB
5   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHARLES DAVIES,<br><br>    Defendant. | Case No.: 2:10-cr-00299-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | January 6, 2014 |
| Reply or Statement | December 30, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | December 23, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | December 16, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 9, 2013 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | December 2, 2013 |