```
 1  THOMAS A. JOHNSON, #119203
    400 Capitol Mall, Suite 1620
 2  Sacramento, California  95814
    Telephone:  (916) 422-4022
 3  Attorney for Charles Davies
 4
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES DAVIES,<br><br>        Defendant. | Case No 2:10-cr-00299-04 WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 25, 2013, at 9:30 a.m. is continued to January 6, 2014, at 9:30 a.m. in the same courtroom.   The continuance is requested because the parties are prepared to move forward on the sentencing and Probation has not yet prepared the Pre-Sentence Report (PSR).  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  October 28, 2013              By:    /s/ Thomas A. Johnson
                                             THOMAS A. JOHNSON
                                             Attorney for Defendant
                                             CHARLES DAVIES

DATED:  October 28, 2013                     BENJAMIN B. WAGNER
                                             United States Attorney

                                      By:    /s/ Thomas A. Johnson for
                                             JUSTIN LEE
                                             Assistant United States Attorney

- 1 -

- 2 -

**IT IS SO ORDERED.**

Dated:  October 29, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>CHARLES DAVIES,<br><br>   Defendant. | Case No.: 2:10-cr-00299-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | January 6, 2014 |
| Reply or Statement | December 30, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | December 23, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | December 16, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 9, 2013 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | December 2, 2013 |