THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Charles Davies

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES DAVIES,<br><br>    Defendant. | Case No. 2:10-cr-00299-WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 6, 2014, at 9:30 a.m. is continued to March 10, 2014, at 9:30 a.m. in the same courtroom.   Probation has requested additional time to prepare the Pre-Sentence Report (PSR).  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: January 2, 2014           By:  /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Defendant
                                      CHARLES DAVIES

DATED: January 2, 2014                BENJAMIN B. WAGNER
                                      United States Attorney

                                 By:  /s/ Thomas A. Johnson for
                                      JUSTIN LEE
                                      Assistant United States Attorney

- 1 -

1 | **IT IS SO ORDERED.**

2 | Dated:  January 2, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHARLES DAVIES,<br><br>        Defendant. | Case No.: 2:10-cr-00299-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | March 10, 2014 |
| Reply or Statement | March 3, 2014 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | February 24, 2014 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | February 18, 2014 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 10, 2014 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | February 3, 2014 |