THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Charles Davies

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No 2:10-cr-00299-04 WBS |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |
| CHARLES DAVIES, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 10, 2014, at 9:30 a.m. is continued to May 12, 2014, at 9:30 a.m. in the same courtroom.   The continuance is requested because Probation has requested additional time to complete the Pre-Sentence Report (PSR). Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: February 18, 2014               By:   /s/ Thomas A. Johnson
                                             THOMAS A. JOHNSON
                                             Attorney for Defendant
                                             CHARLES DAVIES


DATED: February 18, 2014                     BENJAMIN B. WAGNER
                                             United States Attorney

                                       By:   /s/ Thomas A. Johnson for
                                             JUSTIN LEE
                                             Assistant United States Attorney

- 2 -

1  **IT IS SO ORDERED.**

2  Dated:  February 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES DAVIES,<br><br>　　　　Defendant. | Case No.: 2:10-cr-00299-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | May 12, 2014 |
| Reply or Statement | May 5, 2014 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | April 28, 2014 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | April 21, 2014 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 14, 2014 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | April 7, 2014 |