THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Charles Davies

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLES DAVIES, et al,<br>    Defendants. | Case No.: 2:10-cr-00299-04WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO RELEASE DEFENDANT FROM CUSTODY |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Defendant, Charles Davies, is to be released from custody forthwith.  On May 27, 2014, Mr. Davies was sentenced and found to be credit for time served.  Assistant United States Attorney, Justin Lee, and Defendant's attorney, Thomas Johnson, both are in agreement that the United States Marshals Office should release Mr. Davies from custody immediately.

**IT IS SO STIPULATED.**


DATE:  May 27, 2014

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for CHARLES DAVIES

1

DATE:  May 27, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/Thomas A. Johnson for
JUSTIN LEE
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  May 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE